<u>Emergency Help</u>

written 7-23-2014

JFM-14-2386

FILED ENTERED
LODGED RECEIVED

JUL 25 2014

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

To: Clerk of The U.S. District Court For the state of Maryland

My name is Steven R. Wilkerson, Id no. 1625937. I am writing you in regards of gettin a temporary injunction, and or a U.S.C 1983 civil Rights Complaint form. I'm a Jewish inmate beeing denied my right to practice my religion. They are trying to give me an vegetarian diet in replace of a kosher diet. I'am currently incarcerated at 300 East Madison street (central Booking and Intake center). I have written to the Dietary Dept. about recieving this kosher Diet but have not recieved any response to this important manor. I've tried to explain to the administration the importantance of Judism with the dietary kosher laws, and the importance of everyday life. I've have not eaten in <u>22 days, since July 2,</u> the day I was actually sent here. I'm asking for the courts help in obtain my constitutional rights. I have filed numerous requests and Grievences only to be told that it is being investigated and then forwarded to the appropriate parties. (See Exhit A). Then Comes Exhibit B. No one is addressing my grievences within the institution. I am asking for help because I have sustained significant weight loss over 40 lbs.

Thank

Steven R. Wilkerson

Steven R. Wilkerson
7/23/14

# Certificat of Service

I Steven R. Wilkerson have mailed a copy of the request for emergency help. To the U.S District Court for Maryland. 101 West Lombard st. Baltimore Md, 21202 postage pre-paid on 7-23-2014.

Signed

Steven Ray Wilkerson
#1035937